UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DARRELL ROGERS, individually, and on behalf of all others similarly situated | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:18-cv-02128-RMC |
| v. | ) ) ) | |
| LUMINA SOLAR, INC. | ) ) | |
| Defendant | ) ) | |

## MOTION FOR MARTIN C. BRYCE, JR. TO APPEAR *PRO HAC VICE*

I, Theodore R. Flo, counsel for Defendant, Lumina Solar, Inc., respectfully request that the Court admit Martin C. Bryce, Jr. of the law firm of Ballard Spahr LLP for the limited purpose of appearing and participating in this case as co-counsel.  Martin C. Bryce, Jr. is a member in good standing of the New Jersey and Pennsylvania state bars and meets the other qualifications for pro hac vice admission as set forth in the supporting Declaration submitted with this motion. I have worked with Mr. Bryce on numerous cases and believe him to be an excellent and extremely ethical attorney.

Respectfully submitted,

DATED: November 20, 2018

/s/ Theodore R. Flo
Theodore R. Flo (Bar No. 979374)
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC  20006-1157
Telephone:  (202) 661-2259
Facsimile:  (202) 661-2299
Email: flot@ballardspahr.com

*Attorney for Defendant Lumina Solar, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of November 2018, a copy of the foregoing Motion for Martin C. Bryce, Jr. to Appear *Pro Hac Vice*; Declaration of Martin C. Bryce, Jr. as to *Pro Hac Vice* Admission; and Proposed Order were filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Theodore R. Flo
Theodore R. Flo