UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARRELL ROGERS, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LUMINA SOLAR, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 18-cv-2128 (KBJ)<br>)<br>)<br>)<br>)<br>) |

**FINAL APPROVAL ORDER**

For the reasons set forth in the Memorandum Opinion contemporaneously issued, it is hereby

**ORDERED** that the parties' Joint Motion for Final Approval of Settlement is **GRANTED**, and the Settlement Agreement attached as Exhibit 1 to the parties' Joint Motion for Preliminary Approval of the Settlement is **APPROVED**.  **The terms of the settlement are expressly incorporated into this Order.**  It is

**FURTHER ORDERED** that the instant legal action, including all claims against Defendant asserted in this lawsuit, or which could have been asserted in this lawsuit, by or on behalf of Plaintiff and all Settlement Class members against Defendant, is dismissed with prejudice and without taxable costs to any Party, and all claims or causes of action of any kind by any Settlement Class member or anyone claiming by or through him, her, or it brought in this Court or any other forum (other than persons who have properly opted out of the Settlement) are barred pursuant to the releases set forth in the Settlement Agreement.  All persons and entities are enjoined from instituting,

either directly or indirectly, any action against Defendant in this Court or in any other court or forum, asserting any claims that are being settled or released herein.  It is

**FURTHER ORDERED** that the Court retains continuing jurisdiction over this action, Plaintiff and all members of the Settlement Class, and Defendant, to determine all matters relating in any way to this Final Judgment and Order, the Preliminary Approval Order, or the Settlement Agreement, including, but not limited to, their administration, implementation, interpretation, or enforcement.  The Court further retains jurisdiction to enforce this Order.  The Court finds that there is no just reason to delay the enforcement of or appeal from this Final Approval Order and Judgment.

DATE:  June 19, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge